# United States District Court

## WESTERN DISTRICT OF WASHINGTON

GREGORY CLIFFORD PAIGE,

       v.

UNITED STATES OF AMERICA

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5236 RJB

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   THE COURT HAS ORDERED THAT

This case is **TRANSFERRED** to the Ninth Circuit U.S. Court of Appeals.

| April 13, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

| _s/ Mary Trent_ |
|---|
| Deputy Clerk |